UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOD F. GOD,

Plaintiff,

-against-

UNITED STATES SECRET SERVICE,

Defendant.

26-CV-7093 (LTS)

ORDER DIRECTING UPDATED ADDRESS

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff proceeds in this matter *pro se.* Upon opening this new action, the Clerk's Office docketed the court's March 18, 2024 Standing Order, directing all self-represented litigants to inform the court of each change of address or electronic contact information. *See In Re: Cases Filed By Pro Se Plaintiffs, This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Standing Order"). That order states that

> if the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self-represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the cause should not be dismissed without prejudice for failure to comply with this order.

*Id.*

That order was mailed to Plaintiff on August 24, 2026. It was returned to the Court as undeliverable on September 30, 2026.

Plaintiff is directed, within 30 days of the date of this order, to provide an updated address to the court in writing. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

## CONCLUSION

The Court directs Plaintiff within 30 days of the date of this order to show cause why this action should not be dismissed without prejudice for failure to comply with the March 18, 2024 Standing Order. If Plaintiff does not update the court, in writing, with his new address, the Court will dismiss this action without prejudice under Fed. R. Civ. P. 41(b), for failure to comply with the court's March 18, 2024 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff's last known address. The order also will be viewable on the court's electronic docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 30, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge